# IN THE SUPREME COURT OF THE STATE OF NEVADA

EVELYN ANNE CAMPBELL, N/K/A
EVELYN MAY,
Appellant,
vs.
ROBERT BRUCE CAMPBELL,
Respondent.

No. 83910

FILED

JAN 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed on December 14, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Amy Mastin, District Judge, Family Court Division
Evelyn Anne Campbell
Kurth Law Office
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-01356